```
                              United States Bankruptcy Court
                               Middle District of Florida
In re:                                                           Case No. 14-02932-PMG
Mary Lou Zawacki                                                 Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 113A-3          User: smelissa              Page 1 of 1            Date Rcvd: Jun 18, 2014
                              Form ID: CFB9I              Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2014.
```
db           +Mary Lou Zawacki,    113 Middleton Place,    Ponte Vedra Beach, FL 32082-3914
24669719     +B.J Tidwell Inc dba Cardell,    PO Box 200850,    San Antonio, TX 78220-0850
24669720     +B.J. Tidwell Industries, Inc,    PO Box 200850,    San Antonio, TX 78220-0850
24669727     +Hamblen County Trustee,   511 W. 2nd North St.,    Morristown, TN 37814-3983
24669728     +Jim Bishop Cabinets, Inc.,    5640 Bell Rd.,   Montgomery, AL 36116-4118
24669729     +Joseph A. Zawacki,    113 Middleton Place,   Ponte Vedra Beach, FL 32082-3914
24669730      Lab.Corp. of Amer. Holdings,    P.O. Box 2240,   Burlington, NC 27216-2240
24669731     +McGlinchey Stafford PLLC,    1 E. Broward Blvd. Ste. 1400,    Fort Lauderdale, FL 33301-1834
24669732     +Plantation at Ponte Vedra,    P.O. Box 978,   Saint Augustine, FL 32085-0978
24669733      Quest Diagnostics,   P.O. Box 7306,    Hollister, MO 65673-7306
24669735      St. Johns County Tax Collector,    Dennis W. Hollingswo,    Post Office Box 9001,
               Saint Augustine FL 32085-9001
24669737     +United States Attorney,    300 North Hogan St Suite 700,    Jacksonville, FL 32202-4204
24669734     +Wells Fargo Bank NA Trustee,    P.O. Box 14411,   Des Moines, IA 50306-3411
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: wendell@1ccl.com Jun 18 2014 22:53:57     Wendell Finner,    Wendell Finner, PA,
               340 3rd Ave S. Suite A,    Jacksonville Beach, FL   32250-6767
tr           +E-mail/Text: COURT@CH13JAXFL.COM Jun 18 2014 22:56:35     Douglas W. Neway,    P O Box 4308,
               Jacksonville, FL 32201-4308
ust          +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Jun 18 2014 22:55:05
               United States Trustee - JAX 13/7, 7,    Office of the United States Trustee,
               George C Young Federal Building,    400 West Washington Street, Suite 1100,
               Orlando, FL 32801-2210
24669721     +EDI: BANKAMER.COM Jun 18 2014 22:48:00      Bank of America FIA Cards,    P.O. Box 22031,
               Greensboro, NC 27420-2031
24669722      EDI: CAPITALONE.COM Jun 18 2014 22:48:00     Capital One Bank,    P.O. Box 650007,
               Dallas, TX 75265-0007
24669723     +EDI: CHASE.COM Jun 18 2014 22:48:00     Chase Cardmember Services,    P.O. Box 15548,
               Wilmington, DE 19886-5548
24669724      EDI: DISCOVER.COM Jun 18 2014 22:48:00     Discover,    P.O. Box 15316,    Wilmington, DE 19850
24669736      EDI: FLDEPREV.COM Jun 18 2014 22:48:00     Florida Dept. of Revenue,    Bankruptcy Unit,
               P.O. Box 6668,   Tallahassee, FL 32314-6668
24669725      EDI: FORD.COM Jun 18 2014 22:48:00     Ford Credit,    P.O. Box 542000,   Omaha, NE 68154-8000
24669726      E-mail/Text: bankruptcy.bnc@gt-cs.com Jun 18 2014 22:55:04     Green Tree,    PO Box 6172,
               Rapid City, SD 57709-6172
24669738      EDI: IRS.COM Jun 18 2014 22:48:00     Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA   19101-7346
                                                                                              TOTAL: 11
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2014                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2014 at the address(es) listed below:
              Douglas W. Neway    court@ch13jaxfl.com, courtdailysummary@ch13jaxfl.com;mbrown@ch13jaxfl.com
              United States Trustee - JAX 13/7, 7    USTP.Region21.OR.ECF@usdoj.gov
              Wendell   Finner    on behalf of Debtor Mary Lou Zawacki wendell@1ccl.com, ecf1ccl@gmail.com
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

# Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on June 16, 2014 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

*Creditors – Do not file this notice with any proof of claim you submit to the court.*
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mary Lou Zawacki
113 Middleton Place
Ponte Vedra Beach, FL 32082

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 3:14–bk–02932–PMG | xxx–xx–2495 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Wendell Finner<br>Wendell Finner, PA<br>340 3rd Ave S. Suite A<br>Jacksonville Beach, FL 32250–6767<br>Telephone number: 904–242–7070 | Douglas W. Neway<br>P O Box 4308<br>Jacksonville, FL 32201<br>Telephone number: 904–358–6465 |

## Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices and computers into the Courthouse.

Date: **July 28, 2014**　　　　　　　　　　　　　　　　　　　　　　　　　　Time: **12:00 PM**
Location: **FIRST FLOOR, 300 North Hogan St. Suite 1–200, Jacksonville, FL 32202**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **October 27, 2014**　　　For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **180 days from the date of filing**

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Challenge Dischargeability of Certain Debts: September 26, 2014**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
The plan or a summary of the plan will be sent separately. The hearing on confirmation will be held:
Date: **August 26, 2014**, Time: **09:30 AM**, Location: **300 North Hogan Street, 4th Floor – Courtroom 4A, Jacksonville, FL 32202**

1. All exhibits must be pre–marked and listed in accordance with Local Rule 9070–1. 2. The hearing may be continued upon announcement made in open court and appearing on the docket without further written notice. 3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived. 4. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in court should *dress in business attire*. 5. Secured Creditors are advised that the payment amount, frequency of payments and valuation of collateral as described in the debtor(s)plan will become effective with the Confirmation Order unless the affected secured creditor files an objection. Such objection must be filed with the Clerk, U.S. Bankruptcy Court, 300 North Hogan Street Suite 3–350, Jacksonville, Florida, 32202, and will be heard at the Confirmation Hearing.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>300 North Hogan Street Suite 3–350<br>Jacksonville, FL 32202<br>Telephone number: 904–301–6490 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: June 18, 2014 |

# EXPLANATIONS

FORM B9I (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Attention Mortgage Holders**: Attachments to your Proof of Claim may be required by changes to Rule 3001. Forms and attachments are available at (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code §727(a)(8) or (a)(9) you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. Individual debtors in Chapter 13 cases must complete an instructional course in personal financial management in order to receive a discharge under chapter 13. A statement regarding completion of the course must be filed no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge, the debtor must file a motion to reopen, with the appropriate filing fee, in order to file the statement and obtain a discharge of debts. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| — Refer to Other Side for Important Deadlines and Notices — | |
| Voice Case Info. System (McVCIS) | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |